# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 21-2098V

DANA GRANVILLE,

               Petitioner,

v.

SECRETARY OF HEALTH AND
HUMAN SERVICES,

               Respondent.

Chief Special Master Corcoran

Filed: October 25, 2023

*John Robert Howie, Howie Law, PC, Dallas, TX, for Petitioner.*

*Sarah Black RIfkin, U.S. Department of Justice, Washington, DC, for Respondent.*

## DECISION ON ATTORNEY'S FEES AND COSTS[1]

On October 28, 2021, Dana Granville filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleged that she suffered from Guillain-Barré syndrome ("GBS") as a result of an influenza ("flu") vaccine she received on December 3, 2019. Petition at 1. On August 30, 2023, I issued a decision awarding damages to Petitioner, following briefing by the parties and participation in a Motions Day Hearing. ECF No. 31.

---

[1] Because this Decision contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the internet**. In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

Petitioner has now filed a motion for attorney's fees and costs, requesting an award of $39,561.24 (representing $38,633.60 in attorney's fees and $927.64 in attorney's costs). Petitioner's Application for Attorney's Fees and Costs ("Motion") filed Sept. 8, 2023, ECF No. 35. In accordance with General Order No. 9, Petitioner filed a signed statement indicating that Petitioner incurred no out-of-pocket expenses. ECF No. 35-4.

Respondent reacted to the motion on September 26, 2023, indicating that he is satisfied that the statutory requirements for an award of attorney's fees and costs are met in this case, but deferring resolution of the amount to be awarded to my discretion. Respondent's Response to Motion at 2-3, 3 n.2, ECF No. 36. On September 26, 2023, Petitioner indicated that she does not intend to file a substantive reply to Respondent's response. ECF No. 37.

I note this case required additional briefing regarding the issue of damages and participation in an expedited Motions Day. *See* Status Report, filed Aug. 15, 2022, ECF No. 22 (reporting an impasse in damages discussions); Petitioner's Damages Brief, filed Oct. 19, 2022, ECF No. 26; Petitioner's Damages Reply Brief, filed Dec. 9, 2022, ECF No. 28; Hearing Minute Entry, dated Aug. 28, 2023 (regarding the August 25, 2023 hearing). Petitioner's counsel expended approximately 16.4 hours drafting the brief in support of damages; and 6.2 hours drafting the reply brief, totaling 22.6 hours. ECF No. 35-2 at 4-5. I find this amount of time to be reasonable and I will award the attorney's fees requested. (And all time billed to the matter was also reasonably incurred).

Furthermore, Petitioner has provided supporting documentation for all claimed cost. ECF No. 35-3. And Respondent offered no specific objection to the rates or amounts sought. I have reviewed the requested costs and find them to be reasonable.

The Vaccine Act permits an award of reasonable attorney's fees and costs for successful claimants. Section 15(e). Accordingly, I hereby GRANT Petitioner's Motion for attorney's fees and costs. I award a total of **$39,561.24 (representing $38,633.60 in attorney's fees and $927.64 in attorney's costs) as a lump sum in the form of a check jointly payable to Petitioner and Petitioner's counsel, John R. Howie, Jr.** In the absence of a timely-filed motion for review (see Appendix B to the Rules of the Court), the Clerk of Court shall enter judgment in accordance with this Decision.[3]

---

[3] Pursuant to Vaccine Rule 11(a), the parties may expedite entry of judgment by filing a joint notice renouncing their right to seek review.

**IT IS SO ORDERED.**

s/Brian H. Corcoran
Brian H. Corcoran
Chief Special Master